BEFORE THE SECOND DIVISION, AUGUST 6, 1953

**No. 57455.**—Fabrikant Steel Products, Inc. *v.* United States, protest 197374–K (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of lead scrap of which metal is the component material of chief value and which is secondhand and fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.